**MCFARLIN LLP**
Timothy G. McFarlin (State Bar No. 223378)
Email: tim@mcfarlinlaw.com
Jarrod Y. Nakano (State Bar No. 235548)
Email: jarrod@mcfarlinlaw.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 544-2640
Fax: (949) 336-7612

Attorneys for Plaintiff
DAVID LOPEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOPEZ, an Individual, | Case No.: 5:20-cv-01111-JGB-SHK |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE.** |
| POMONA FIRST FEDERAL SAVING AND LOAN, a business of unknown form; and DOES 1-10, | |
| Defendants. | |

- 1 -

IT IS HEREBY STIPULATED, by and between the parties to this action, Defendant U.S. BANCORP, a Delaware corporation, successor in interest to POMONA FIRST FEDERAL SAVINGS & LOAN ("Defendant") and Plaintiff DAVID LOPEZ ("Plaintiff") through their respective attorneys of record, McFarlin LLP on behalf of Plaintiff and the Law Firm of Dean P. Sperling on behalf of Defendant, that Plaintiff's claims filed in the above referenced proceeding have settled, with the parties to bear their own respective fees and costs, and that Plaintiff's Complaint can be and shall be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO STIPULATED.

DATED: September 8, 2020				**MCFARLIN LLP**

						By:	/s/ Jarrod Y. Nakano
						_____
						Jarrod Y. Nakano
						Attorneys for Plaintiff
						DAVID LOPEZ

DATED: September 8, 2020				**LAW FIRM OF DEAN P. SPERLING**

						By:	[signature]
						Dean P. Sperling
						Attorneys for Defendant
						POMONA FIRST FEDERAL SAVINGS & LOAN